CERMINARO *v.* URBAN REDEVELOPMENT
AUTHORITY OF PITTSBURGH ET AL.

No. 654, Misc. Decided April 25, 1960.

Reported below: —— F. Supp. ——.

*Louis C. Glasso* for appellant.

*Theodore L. Hazlett, Jr.* and *David Stahl* for appellees.

PER CURIAM.

The appeal is dismissed.

CLEVELAND ELECTRIC ILLUMINATING CO. *v.*
CITY OF EUCLID, OHIO, ET AL.

No. 740. Decided April 25, 1960.

*John Lansdale* for appellant.

*Paul H. Torbet* and *John F. Ray, Jr.* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.